UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JARVEY JACOBS, JR,**

    **Petitioner,**

v.                                             Case No. 3:12cv302/MCR/CJK

**I WATSON,**
CORRECTIONAL OFFICER
IN HIS INDIVIDUAL CAPACITY**,**

    **Respondent.**
_____/

## ORDER

Pending before the court is the magistrate judge's Report and Recommendation dated September 6, 2013 (doc. 46). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the court concludes that the Report and Recommendation should be adopted.

Accordingly:

1. The magistrate judge's Report and Recommendation (doc. 46) is adopted and incorporated by reference in this order.

2. The defendant's motion to dismiss (doc. 26) is **GRANTED**, and the case is dismissed for failure to state a claim. *See* Fed. R. Civ. P. 12(b)(6); 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of October, 2013.

                                                  *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**